IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENNETT MAGNUSON, Individually; MORAINE DAVIS-MAGNUSON, as Parents and Next Friends of Bennett Magnuson; and CHARLIE MAGNUSON, as Parents and Next Friends of Bennett Magnuson; | **7:25CV3134** |
| Plaintiffs, | **ORDER FOR CONSOLIDATION** |
| vs. | |
| DESTENY DOPKE, | |
| Defendant. | |
| MORAINE DAVIS-MAGNUSON, | **7:25CV5006** |
| Plaintiff, | |
| vs. | **ORDER FOR CONSOLIDATION** |
| DESTENY DOPKE, | |
| Defendant. | |

This is before the Court on Defendant Desteny Dopke's Motion to Consolidate filed in each of the above-captioned cases. In response to the Court's inquiry, Plaintiffs clarified that they do not oppose the motions. After review of the pleadings and the Defendant's motions, the Court finds that consolidation pursuant to Fed. R. Civ. P. 42(a) is warranted. Accordingly,

IT IS ORDERED:

1. Defendant's Motions to Consolidate (Filing No. 4 in Case No. 7:25cv3134; Filing No. 7 in Case No. 7:25cv5006) are granted.

2. The above-captioned cases are consolidated for all stages of the case prior to appeal, including trial.

3. The Court designates Case No. 7:25cv3134, Magnuson et al v. Dopke as the "Lead Case," and Case No. 7:25cv5006, Davis-Magnuson v. Dopke is designated as a "Member Case."

4. The Court's CM/ECF System has the capacity for "spreading" text among consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. The parties are instructed to file in the Lead Case, 7:25cv3134, Magnuson et al v. Dopke, and to select the option "yes" in response to the System's question of whether to spread the text.

5. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; to file items related to service of process; or to file notices of appeal.

6. If a party believes that an item in addition to those described in paragraph 5 should not be filed in both of these consolidated cases, the party must move for permission to file the item in only one of the cases. The motion must be filed in both of the consolidated cases using the spread text feature.

Dated this 29th day of July, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge